UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-CV-1487 OWW LJO HC |
| Petitioner, | ) | |
| v. | ) | ORDER DIRECTING WARDEN TO SUBMIT A CERTIFIED COPY OF PETITIONER'S PRISON TRUST ACCOUNT STATEMENT |
| J. WOODFORD, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 22, 2005, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Central District of California. By order of the Court dated November 14, 2005, the case was transferred to the Eastern District and received in this Court. On December 22, 2005, this Court issued an order directing Petitioner to submit a completed application to proceed in forma pauperis or pay the filing fee. Petitioner was granted thirty (30) days to comply; however, Petitioner failed to do so within the allotted time. Therefore, on February 15, 2006, the Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. Petitioner was granted thirty (30) days to file objections.

On February 22, 2006, Petitioner filed a reply to the Findings and Recommendation. Petitioner states he has attempted to comply with the Court's order in this case and in the numerous

other cases which were recently transferred from the Central District by presenting the appropriate paperwork to his prison trust account office. Petitioner complains the prison trust account office has refused to comply with any of his requests despite Petitioner's attempts to obtain the necessary documents. In support of this contention, Petitioner has submitted as exhibits several of the requests he purportedly provided to the prison trust account office. Petitioner is incarcerated at Corcoran State Prison. The warden of that institution is A. K. Scribner.

Accordingly, the Court hereby ORDERS Warden A. K. Scribner to submit a certified copy of Petitioner's prison trust account statement for the past six months within (20) days of the date of service of this order.  The Clerk of Court is DIRECTED to serve a copy of this order on Petitioner and Respondent.

IT IS SO ORDERED.

**Dated:     March 21, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE