IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>      Petitioner,<br><br>  vs.<br><br>J. WOODFORD,<br><br>      Respondent.<br>_____/ | 1:05-CV-1487 OWW LJO HC<br><br><br>ORDER DENYING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENT #8) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 10, 2006, respondent filed a notice/letter with a certified copy of Petitioner's prison trust account statement pursuant to the Court's order of March 23, 2006.  Examination of these documents reveals that Petitioner is able to afford the costs of this action.  Specifically, six months prior to filing, Petitioner had an average balance of more than $300.00 in his account.  His current balance is $341.57.

Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915. Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of this order.  Failure to follow this order may result in a recommendation that the Petition be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:  May 2, 2006**                   **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE