UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-CV-1487 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #10] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| J. WOODFORD, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 14, 2006, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order. Specifically, Petitioner failed to file an application to proceed in forma pauperis or pay the filing fee as ordered by the Magistrate Judge. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

On June 22, 2006, Petitioner filed objections to the Findings and Recommendation.

1  Petitioner contends he paid the filing fee in April of 2006, and has submitted several applications to
2  proceed in forma pauperis. However, Petitioner was repeatedly informed in this case and in others
3  that the Court did not receive the filing fees he allegedly forwarded. In addition, the Court informed
4  Petitioner that his complaints of obstruction and malfeasance by the prison trust account office were
5  unsubstantiated and unfounded because he failed to provide any specifics on his attempts to comply,
6  despite having several opportunities to do so.

7      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
8  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
9  and Recommendation is supported by the record and proper analysis.

10     Accordingly, IT IS HEREBY ORDERED that:
11     1. The Findings and Recommendation issued June 14, 2006, is ADOPTED IN FULL;
12     2. The petition for writ of habeas corpus is DISMISSED; and
13     3. The Clerk of the Court is DIRECTED to enter judgment.
14  IT IS SO ORDERED.
15  **Dated:   August 17, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                    UNITED STATES DISTRICT JUDGE