UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-CV-01487 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| v. | ) | MOTION TO VACATE |
| | ) | |
| J. WOODFORD, | ) | [Doc. #15] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 14, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed and judgment be entered. On August 17, 2006, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On November 28, 2006, Petitioner filed a motion to vacate pursuant to Federal Rules of Civil Procedure § 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not

1  have been discovered in time to move for a new trial under Rule 59(b); (3) fraud
2  (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been
3  satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should
4  have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner fails to meet this standard.  Petitioner does not set forth any arguments or evidence that have not already been considered by this Court.  Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's motion to vacate is DENIED.

IT IS SO ORDERED.

**Dated:   February 25, 2007**              /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE